# United States District Court

__NORTHERN__  DISTRICT OF  __CALIFORNIA__

UNITED STATES OF AMERICA  
V.  
Meena RANI  
AKA Michelle Archana SINGH  
(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: **3 07 70520 EDL**

FILED SEP 05 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>August 31, 2007</u> in <u>San Francisco County</u>, in the <u>Northern District</u> of <u>California</u> defendant did, willfully and knowingly use an altered United States passport, in violation of Title <u>18</u> United States Code § Section <u>1543</u>.

I further state that I am a <u>Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:  
18 U.S.C. § 1543: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.

APPROVED AS TO FORM: _____  
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Warrant of Arrest Requested: ☐ Yes ☒ No  
Bail Amount: N/A

_____  
Signature of Complainant, Xiomara Flores

Sworn to before me and subscribed in my presence,

September 5, 2007                     at       San Francisco, California  
Date                                              City and State

**United States Magistrate Judge**  
Elizabeth D. Laporte  
Name & Title of Judicial Officer

_____  
Signature of Judicial Officer

UNITED STATES DISTRICT COURT          )
                                       ) ss. AFFIDAVIT
NORTHERN DISTRICT OF CALIFORNIA       )


AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING MEENA RANI,
A/K/A MICHELLE ARCHANA SINGH,
WITH VIOLATING 18 U.S.C. § 1543,
FORGERY OR FALSE USE OF PASSPORT

I, Xiomara Flores, do swear and affirm as follows,

**Affiant Background**

1. I am an Officer with the United States Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"). I have been employed with CBP since March 1, 2003. Previously, I was employed as an Immigration Inspector with the United States Department of Justice, Immigration and Naturalization Service, beginning in February 1997. My duties include the investigation of violations of the Immigration and Nationality Act, and related criminal immigration statutes that occur at the ports of entry in the San Francisco District (including San Francisco International Airport, where I am stationed). I am familiar with the provisions of criminal statues pertaining to immigration violations, including Title 18 United States Code § 1543 – Forgery or False Use of Passport.

**Purpose**

2. This affidavit is made in support of a complaint against Meena RANI, a/k/a: Michelle Archana SINGH, for violating 18 U.S.C. § 1543, Forgery or False Use of Passport, when she presented a United States passport bearing her photograph but the name of Michelle Archana SINGH to Customs and Border Protection officers at the San Francisco International Airport in an effort to gain admission to the United States. This affidavit is based in part on personal knowledge, interviews, and reviews of official documents and records, and does not contain every fact, piece of information or evidence concerning this alleged violation.

**Relevant Statute**

3. Title 18 United States Code § 1543, Forgery or False Use of Passport, states, in relevant part: "Whoever falsely makes, forges, counterfeits, mutilates, or alters any passport or instrument purporting to be a passport, with intent that the same may be used; or Whoever willfully and knowingly uses, or attempts to use, or furnishes to another for use any such false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same."

**Case Facts and Evidence**

4. On August 31, 2007, the defendant, Meena RANI, a/k/a: Michelle Archana SINGH, arrived at the San Francisco International Airport onboard China Airlines Flight Number 004, from Taipei, Taiwan. Upon her arrival, the defendant presented U.S. passport No. 055467515 and a signed U.S. Customs Declaration (Form 6059B) to CBP Officer Cirineo Francisco ("Officer Francisco"). The U.S. passport was issued on November 09, 1998 to Michelle Archana SINGH, born September 03, 1981, and contained a photograph of the defendant, Meena RANI. The Customs Declaration was completed in the name of Michelle Archana SINGH and contains a signature affirming that the information contained therein is true and correct.

5. During RANI's primary inspection, Officer Francisco queried U.S. passport No. 055467515 through the Treasury Enforcement Computer System ("TECS") and discovered that a lookout existed on Michelle Archana SINGH born September 03, 1981, the same name and date of birth as initially claimed by the defendant. The defendant was referred to a secondary inspection area to clarify the defendant's right to enter the United States.

6. During RANI's secondary inspection, CBP Officer Xavier Soliz ("Officer Soliz") queried a database maintained by the U.S. Department of State. Officer Soliz was able to retrieve a copy of the passport application for U.S. passport No. 055467515, which contained a photograph that was not a photograph of the defendant. Officer Soliz also obtained a copy of a Statement Regarding Lost or Stolen Passport dated March 21, 2001, filed by Michelle Archana SINGH, reporting that U.S. passport No. 055467515 was lost while moving. On March 22, 2001, Michelle Archana SINGH filed an application for a new U.S. passport that contained a photograph, which was not a photograph of the defendant.

7. In order to determine the defendant's right to enter the U.S., Officer Soliz and Supervisory Officer Anthony Zumpano ("Officer Zumpano") interviewed the defendant. The defendant insisted that her true name was Michelle SINGH born in Sacramento, California. In a further attempt to clarify the defendant's immigration status, Immigration Enforcement Agent ("IEA") Fredric Chand ("Agent Chand") arrived on scene and was able to converse with the defendant in the Hindi language. It was at this time that the defendant stated that her true name is Meena RANI, born in Punjab, India, with a date of birth May 03, 1971. Furthermore, RANI stated that she had paid an amount that was equivalent to $50,000 United States Dollars to a smuggler in Punjab, India, for the U.S. passport.

2

**Probable Cause**

8.  I respectfully submit that the above presented facts establish probable cause to believe that Meena RANI did falsely use a United States passport when she presented an altered U.S. passport in the name of Michelle Archana SINGH to Customs and Border Protection officers at the San Francisco International Airport in violation of Title 18 U.S.C., Section 1543 (Forgery or False Use of Passport), and while in the Northern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Xiomara Flores
U.S. Customs and Border Protection
U.S. Department of Homeland Security

SUBSCRIBED AND SWORN BEFORE ME
ON September 5, 2007

The Honorable Elizabeth D. Laporte
U.S. Magistrate Judge
Northern District of California

3