AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) -
Possession of an Identification
Document with Intent to Defraud
the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-filing

**PENALTY:**
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Customs and Border Patrol, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70520 EDL

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

---

FILED
07 SEP 11 AM 11:00
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
MEENA RANI, A/K/A MICHELLE ARCHANA SINGH

DISTRICT COURT NUMBER
CR 07 0579 MAG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☑ Yes ☐ No
If "Yes" give date filed 9/6/2007

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 SEP 11 AM 11:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

UNITED STATES OF AMERICA, ) CR 07 0579
)
Plaintiff, ) VIOLATION: Title 18, United States Code,
) Section 1028(a)(4) – Possession of an
v. ) Identification Document with Intent to
) Defraud the United States (Class A
MEENA RANI, ) Misdemeanor)
a/k/a Michelle Archana Singh, )
)
Defendant. ) SAN FRANCISCO VENUE
)

INFORMATION

The United States Attorney charges:

On or about August 31, 2007, in the Northern District of California, the defendant,

MEENA RANI,
a/k/a Michelle Archana Singh,

knowingly possessed an identification document, authentication feature, or false identification document, that was not an identification document issued lawfully for her use, to wit: a United States passport, numbered 055467515, with the intent that such document or feature be used to

//
//
//

INFORMATION                        Page 1 of 2

1 | defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a
2 | Class A Misdemeanor.
3 |
4 | DATED: 9/6/07                                    SCOTT N. SCHOOLS
                                                      United States Attorney
5 |
6 |
7 |                                                  GREGG W. LOWDER
                                                      Deputy Chief, Major Crimes Section
8 |
9 | (Approved as to form: _____ )
                           WENDY THOMAS
10 |                       Special Assistant United States Attorney